# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

**MEMO ENDORSED**

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

> The application is granted. The motion is due on April 30, 2024, the opposition on May 14, 2024, and the reply on May 21, 2024. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 16, 2024
> New York, New York

April 16, 2024

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *Smedinghoff et al. v. Standard Chartered Bank*, No. 1:23-cv-02865

Dear Judge Ramos:

Plaintiffs and third-party Bank of America Corporation ("BofA") respectfully write to jointly request a two-week extension of the briefing schedule set at the April 2, 2024 pre-motion conference. *See* 4/2/2024 Minute Entry. In accordance with the Court's directive at the pre-motion conference, Plaintiffs and BofA have continued to meet and confer and are hopeful that the requested extension will eliminate the need for motion practice.

Under the current briefing schedule, Plaintiffs' motion is due by April 16, 2024; BofA's opposition is due by April 30, 2024; and Plaintiffs' reply is due by May 7, 2024. With the requested extension, Plaintiffs' motion would be due by April 30, 2024; BofA's opposition would be due by May 14, 2024; and Plaintiffs' reply would be due by May 21, 2024.

This is the first request for an extension. Plaintiffs and BofA each consent to this request. Defendant Standard Chartered Bank has taken no position on the proposed motion. ECF No. 46.

April 16, 2024
Page 2

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel D. Duhaime* | */s/ A.J. Bosco* |
| Ian M. Gore | Kenneth C. Rudd |
| SUSMAN GODFREY LLP | A.J. Bosco |
| 401 Union Street, Suite 3000 | ZEICHNER ELLMAN & KRAUSE LLP |
| Seattle, WA 98101 | 730 Third Avenue |
| Tel: (206) 516-3880 | New York, NY 10017 |
| igore@susmangodfrey.com | Tel: (212) 826-5355 |
| | krudd@zeklaw.com |
| Steven G. Sklaver | ajbosco@zeklaw.com |
| SUSMAN GODFREY LLP | |
| 1900 Avenue of the Stars, Suite 1400 | *Counsel for Bank of America* |
| Los Angeles, CA 90067 | *Corporation* |
| Tel: (310) 789-3100 | |
| ssklaver@susmangodfrey.com | |

Seth D. Ard
Daniel D. Duhaime
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sard@susmangodfrey.com
dduhaime@susmangodfrey.com

Eli J. Kay-Oliphant
Adam J. Goldstein
Tejinder Singh
Ryan R. Sparacino
SPARACINO PLLC
1920 L Street, Northwest, Suite 835
Washington, DC 20036
eli.kay-oliphant@sparacinopllc.com
adam.goldstein@sparacinopllc.com
tejinder.singh@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*