WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

The request is granted. The parties are directed to submit, on consent, a proposed case management plan by November 20, 2026.

Edgardo Ramos, U.S.D.J.
Dated: November 10, 2026
New York, New York

**MEMO ENDORSED**

November 6, 2026

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Bonacasa v. Standard Chartered Bank* (No. 1:22-cv-03320); *Moore v. Standard Chartered Bank* (No. 1:23-cv-02865); *Smedinghoff v. Standard Chartered Bank* (No. 1:23-cv-02865)

Dear Judge Ramos:

The parties respectfully request an extension of the November 6, 2026 deadline to file a proposed case management plan. On October 28, 2026, the Court held a pre-motion conference on Defendants' proposed motion to dismiss and directed the parties to file a proposed case management plan by November 6, 2026. Oct. 28, 2026 Minute Entry. The future schedule in this case depends on document discovery from the government and on the depositions of six former government officials, which the government is coordinating across several different agencies. The parties have proposed and discussed various deadlines with the government. On November 6, the parties met and conferred with the government, and the parties and the government all agree that an extension of two weeks is appropriate for the government to confer with the relevant agencies and for the parties to finalize a proposed schedule. The parties therefore request that the deadline to file a proposed case management plan be extended to November 20, 2026. This is the parties' first request for an extension.

Respectfully submitted,

*/s/ Lee Wolosky*
Lee Wolosky
Andrew J. Lichtman
Kathryn E. Bolas
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000

Ian M. Gore
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
igore@susmangodfrey.com

lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

Benjamin D. Alter
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1628
balter@jenner.com

Andrianna Kastanek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
akastanek@jenner.com

Gary M. Osen
Ari Ungar
Michael J. Radine
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel: (201) 265-6400
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com

*Counsel for Bonacasa and Moore Plaintiffs*

*/s/ Andrew J. Finn*
Sharon L. Nelles
Andrew J. Finn
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
nelless@sullcrom.com
finna@sullcrom.com

*Counsel for Defendant Standard Chartered Bank*

Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
ssklaver@susmangodfrey.com

Seth D. Ard
Daniel D. Duhaime
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sard@susmangodfrey.com
dduhaime@susmangodfrey.com

Eli J. Kay-Oliphant
Adam J. Goldstein
Tejinder Singh
Ryan R. Sparacino
SPARACINO PLLC
1920 L Street, Northwest, Suite 835
Washington, DC 20036
eli.kay-oliphant@sparacinopllc.com
adam.goldstein@sparacinopllc.com
tejinder.singh@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

*Counsel for Smedinghoff Plaintiffs*